| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| :--- | :---: | :--- |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 38 |
| TIMOTHY IRYAN MOOREHEAD, JR. | * | September Term, 2025 |

## ORDER

Upon consideration of the parties' joint petition for one year suspension stayed in favor of one year of probation under the terms and conditions of the parties' probation agreement, it is this 18th day of June 2026, by the Supreme Court of Maryland,

ORDERED that Respondent, Timothy Iryan Moorehead, Jr., be suspended from the practice of law in Maryland for a period of one year for violations of Rules 19-301.15, 19-308.1(a), 19-308.4(a), (c), and (d) of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rules 19-403, 19-404, and Rule 19-407(a), (b), and (d), with the suspension stayed for a period of one year under the terms and conditions of the parties' probation agreement; and it is further

ORDERED that Respondent shall pay $1,033.50 to the Attorney Grievance Commission as reimbursement for the costs associated with this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk